# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARD FISCHER,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:08-cv-87-Orl-31KRS**

**TERRASERV INC., and ALFRED C.
LOCKYER,**

        **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR ENLARGEMENT OF TIME TO EXTEND DISCOVERY AND MEDIATION DEADLINES (Doc. No. 33)** |
| **FILED:** | **November 6, 2008** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

In my experience, extending the discovery deadline to the date on which dispositive motions are due would result in a request for further enlargements of time, thus compromising the presiding judge's ability to resolve dispositive motions before the trial date.  Furthermore, the motion does not establish good cause for the parties' failure to schedule depositions within the time permitted by the Court's case management and scheduling order.

      **DONE** and **ORDERED** in Orlando, Florida on November 10, 2008.

*Karla R. Spaulding*
_____

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE