# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARD FISCHER,**

        **Plaintiff,**

-vs-                                                    Case No. 6:08-cv-87-Orl-31KRS

**TERRASERV INC., and ALFRED C. LOCKYER,**

        **Defendants.**
_____

## ORDER

This cause comes before the Court on Second joint Motion for Approval of Settlement Agreement (Doc. No. 40) filed December 22, 2008.

On March 11, 2009, the United States Magistrate Judge issued a report (Doc. No. 44) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Second joint Motion for Approval of Settlement Agreement is GRANTED. The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute."

3. Counsel Andrew Frisch and the lawfirm of Morgan and Morgan must allocate any funds recovered from defendants first to the Plaintiff Leonard Fischer until he receives the agreed $7,500.00, and only thereafter to attorney's fees and costs. Counsel cannot withhold any portion of the $7,500.00 payable to their client, Leonard Fischer, under the settlement agreement pursuant

to a retainer agreement or otherwise. Counsel for Plaintiff must provide a copy of this order to the Plaintiff.

4. The case is dismissed with prejudice. The court will not reserve jurisdiction to enforce a settlement agreement. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 31st day of March, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE